# EXHIBIT 3

EXHIBIT 3

CTX Mortgage Company, LLC

| Loan No. | Borrower | Indemnity Claim Reason(s) |
|---|---|---|
| *****0661 | WA | Income; and any other discovered breach |
| *****9947 | SB | Income; and any other discovered breach |
| *****7458 | GC | Income; and any other discovered breach |
| *****8134 | RC | Appraisal; and any other discovered breach |
| *****5067 | DC | Credit; Occupancy; and any other discovered breach |
| *****7055 | AD | Credit; and any other discovered breach |
| *****8625 | WH | Employment; Income; and any other discovered breach |
| *****3901 | WK | Transaction; and any other discovered breach |
| *****1506 | AK | Credit; and any other discovered breach |
| *****1162 | RM | Credit; Transaction; and any other discovered breach |
| *****1329 | RM | Credit; Transaction; and any other discovered breach |
| *****0376 | KM | Income; and any other discovered breach |
| *****1429 | MN | Income; and any other discovered breach |
| *****0224 | MO | Income; and any other discovered breach |
| *****9750 | RP | Income; and any other discovered breach |
| *****6774 | RP | Income; and any other discovered breach |
| *****1537 | MR | Credit; Appraisal; and any other discovered breach |
| *****1317 | MS | Income; and any other discovered breach |
| *****1515 | MS | Income; and any other discovered breach |
| *****1781 | CS | Transaction; and any other discovered breach |
| *****1799 | CS | Transaction; and any other discovered breach |
| *****0503 | KS | Credit; Employment; Income; and any other discovered breach |
| *****0366 | AT | Credit; and any other discovered breach |
| *****8445 | CW | Employment; Income; Appraisal; and any other discovered breach |

'*Full borrower names and other personally identifiable information will be provided following entry of an appropriate protective order

EXHIBIT 3