1  **MARK MIGDAL & HAYDEN**
2  PAUL A. LEVIN (CA State Bar No. 229077)
   LAUREN M. GIBBS (CA State Bar No. 251569)
3  11150 Santa Monica Blvd., Suite 1670
   Los Angeles, California 90025
4  Telephone: (305) 374-0440
5  e-mail:      paul@markmigdal.com
                lauren@markmigdal.com
6

7  **FEDERAL DEPOSIT INSURANCE CORPORATION**
   JOSHUA H. PACKMAN (admitted pro hac vice)
8  3501 Fairfax Drive
9  Arlington, Virginia 22226
   Telephone: (703)-474-1435
10 e-mail: jpackman@fdic.gov

11
   Attorneys for Plaintiff Federal Deposit Insurance
12 Corporation as Receiver for Washington Mutual Bank

13
14                    **UNITED STATES DISTRICT COURT**
15                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 16  FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>CTX MORTGAGE COMPANY, LLC and PULTE MORTGAGE, LLC.,<br><br>Defendant(s). | Case No. 8:23-cv-01617-KK-MAR<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to Hon. Kenly Kiya Kato<br>Courtroom 3 |

NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank ("Plaintiff") and defendants CTX Mortgage Company, LLC and Pulte Mortgage, LLC ("Defendants") (collectively, the "Parties") have reached a settlement and executed a settlement agreement.

Pursuant to the Parties' settlement agreement, payment from Defendants is due November 12, 2024, and, conditioned upon such payment, the Parties intend to file a joint motion to dismiss on or before November 22, 2024.

Respectfully submitted,

DATED: September 13, 2024        MARK MIGDAL & HAYDEN

By:  /s/ Paul Levin
     Paul Levin
Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank

DATED: September 13, 2024        BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By:  /s/ Philip R. Stein
     Philip R. Stein
Attorneys for Defendants CTX Mortgage Company, LLC and Pulte Mortgage, LLC

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By:  /s/ Paul Levin
     Paul Levin