1  **MARK MIGDAL & HAYDEN**
2  PAUL A. LEVIN (CA State Bar No. 229077)
   LAUREN M. GIBBS (CA State Bar No. 251569)
3  11150 Santa Monica Blvd., Suite 1670
   Los Angeles, California 90025
4  Telephone:  (305) 374-0440
5  e-mail:     paul@markmigdal.com
               lauren@markmigdal.com
6  **MORTGAGE RECOVERY LAW GROUP, LLP**
7  MICHAEL H. DELBICK (CA State Bar No. 139200)
   550 North Brand Boulevard, Suite 1100
8  Glendale, California 91203
9  Telephone:  (818) 630-7900
   e-mail:     mdelbick@themrlg.com
10 **FEDERAL DEPOSIT INSURANCE CORPORATION**
11 JOSHUA H. PACKMAN (admitted *pro hac vice*)
   3501 Fairfax Drive
12 Arlington, Virginia 22226
13 Telephone:  (703)-474-1435
   e-mail:     jpackman@fdic.gov
14
   Attorneys for Plaintiff Federal Deposit
15 Insurance Corporation as Receiver
   for Washington Mutual Bank
16

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, | Case No. 8:23-cv-01617-KK-MAR |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED.R. CIV.P. 41** |
| vs. | |
| CTX MORTGAGE COMPANY, LLC and PULTE MORTGAGE, LLC, | |
| Defendant(s). | |

ORDER OF DISMISSAL

Pursuant to <u>Federal Rule of Civil Procedure 41(a)</u>, Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank and Defendants CTX Mortgage Company, LLC and Pulte Mortgage, LLC agreed and jointly moved for entry of an order dismissing this case with prejudice

For these reasons, this case is DISMISSED with prejudice, each party to bear its own costs.

IT IS SO ORDERED.

DATED: September 27, 2024

Hon. Kenly Kiya Kato
U.S. District Judge